UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FRANCIS FISHER,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, Director of "OPS",<br><br>        Defendant. | No. 2:14-cv-2325 KJN P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). On October 17, 2014, plaintiff filed a certificate of funds and a certified trust account statement, but plaintiff did not file an application to proceed in forma pauperis. Plaintiff will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner, and shall add "aka Gary Francis Fisher" to plaintiff's name on the court docket.

Dated: October 24, 2014

/barg2325.3a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE